UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

Jacqueline Harris,             )
          Plaintiff,   )
                               )
   v.                         )   **JUDGMENT**
                               )
Michael J. Astrue,             )   4:11-CV-129-BO
Commissioner of Social Security, )
                               )
          Defendant.   )

**Decision by Court.**

This action came before the Honorable Terrence W. Boyle, United States District Judge, for consideration of the parties' cross motions for judgment on the pleadings.

**IT IS ORDERED, ADJUDGED AND DECREED** that plaintiff's motion is DENIED and defendant's motion is GRANTED. The decision of the Commissioner is AFFIRMED.

**This judgment filed and entered on August 20, 2012, and served on:**

Lawrence Wittenberg (Via CM/ECF Notice of Electronic Filing)
Marc D. Epstein (Via CM/ECF Notice of Electronic Filing)
Marian A. Harder (Via CM/ECF Notice of Electronic Filing)

August 20, 2012                    /s/ Julie A. Richards,
                                             Clerk of Court